**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

In Re: *Rafael Cabral and Iris Cabral*

    Debtor(s)

BK No. *1:11−bk−11567*
Chapter **7**

### *NOTIFICATION REGARDING TERMINATION OF ATTORNEY / PARTY*

To: **Ch. 13 Trustee John Boyajian**

Notice is hereby provided that on 11/21/2011 , you were terminated as a party/attorney in this case.

Consequently, this is the final electronic/paper notification you will receive. If you wish to receive future notices as an interested party, you must file a <u>Notice Request</u> with the Court.

Dated: **11/21/11**
Document Number:

226.jsp Form 226

Susan M. Thurston
Clerk, U.S. Bankruptcy Court

By: **cs**
Deputy Clerk