UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF RHODE ISLAND

IN RE:    RAFAEL CABRAL            BK No.: 1:11-bk-11567
          Debtor
          IRIS CABRAL
          Joint Debtor

## SCHEDULE OF POST PETITION DEBTS AND MATRIX OF NEW POST PETITION CREDITORS

Debtors, pursuant to any Order of this Court and Bankruptcy Rule 1019(5) files the attached Schedule of Post Petition Debts and Matrix of New Post Petition Creditors.


December 13, 2011                /s/ Rafael Cabral
                                 RAFAEL CABRAL


December 13, 2011                /s/ Iris Cabral
                                 IRIS CABRAL


December 13, 2011                /s/John B. Ennis, Esq..
                                 JOHN B. ENNIS, ESQ. #2135
                                 1200 Reservoir Avenue
                                 Cranston, RI 02920
                                 401-943-9230

## CERTIFICATION

I hereby certify that I mailed a copy of the above Schedule of Post Petition Debts and Matrix of New Post Petition Creditors to the following by either electronic filing or by regular mail, postage prepaid on this 13th day of December, 2011.

Andrew S. Richardson, Esq.
182 Waterman Street
Providence, RI 02906

Office of the U.S. Trustee
10 Dorrance Street
Room 519
Providence, RI 02903

Sovereign Bank
601 Penn Street
Reading, PA 19601

/s/ John B. Ennis, Esq.